754

*McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Martin, Appellant.

Argued September 12, 1968. *Robert W. Lentz,* with him *Lentz, Cantor & Kilgore,* for appellant; *William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, without prejudice to appellant's right to credit for time spent in Farview under the Mental Health Act of June 12, 1951, P. L. 533, awaiting trial on a prior rape conviction and sentence at No. 189-A, September Term, 1961, in the court below. See *Commonwealth v. Jones,* 211 Pa. Superior Ct. 366 (1967).

## Commonwealth *v.* Martin, Appellant.

Argued September 12, 1968. *George J. Brutscher,* for appellant; *A. Thomas Parke, III,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mathis, Appellant.